# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|

OMAR HAKIM, Plaintiff,
v.

ACCENTURE UNITED STATES PENSION PLAN, and
ACCENTURE LLP, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ACCENTURE UNITED STATES PENSION PLAN and ACCENTURE LLP

| |
|---|
| NAME (Type or print) <br> Barbara H. Borowski |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Barbara H. Borowski |
| FIRM <br> Seyfarth Shaw LLP |
| STREET ADDRESS <br> 131 South Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP <br> Chicago, IL 60603-5577 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282555 | TELEPHONE NUMBER <br> (312) 460-5219 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐