IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OMAR HAKIM, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 08-CV-3682 |
| | ) |
| v. | ) Judge Robert M. Dow, Jr. |
| | ) |
| ACCENTURE UNITED STATES PENSION PLAN, | ) |
| | ) |
| and | ) |
| | ) |
| ACCENTURE LLP, | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Defendants, Accenture United States Pension Plan and Accenture LLP, by their attorneys Seyfarth Shaw LLP, move without opposition for a thirty-seven (37) day extension of time until August 27, 2008 to respond to plaintiff's Complaint. Defendants state the following in support of this unopposed Motion.

1. The Complaint was filed on June 27, 2008. It is a proposed class action that contains ninety (90) separate paragraphs. Service was effected on July 1, 2008.

2. A response (answer or motion) is currently due by July 21, 2008.

3. Defendants retained the undersigned counsel to defend this action on July 9, 2008. Counsel will need additional time to obtain and review the information that pertains to plaintiff's allegations and to properly recommend a response thereto.

4. Defendants' counsel are involved in other matters which prevent them from being able to respond by July 21, 2008 to the Complaint.

5. For example, Mr. Casciari, defendants' lead counsel, is lead counsel in other ongoing actions including *Ruppert, et al. v. Alliant Energy Cash Balance Pension Plan*, No. 3:08-CV-127 (W.D. Wisc.) (class action); *Fogel, et al. v. Evanston Northwestern Healthcare Welfare Plan Health Program, and Welfare Plan Appeals Committee*, No. 07 C 6499 (N.D. Ill.); *CenTra, Inc. and Detroit International Bridge Company v. Central States Southeast and Southwest Areas Pension Fund*, No. Case No. 07 C 6312 (N.D. Ill.); *Georgia Pacific LLC and Central States, Southeast and Southwest Areas Pension Fund*, No. 51 621 00616 08; and *Goldiner v. Datex-Ohmeda Cash Balance Plan*, No. 07-2081 RAJ (W.D. Wash.) (class action).

6. Mr. Morrison, another defendants' counsel, is involved in other ongoing actions as well, including *George, et al. v. Kraft Foods Global, Inc., et al*, No. 07-1713 (N.D. Ill.) (class action). He will defend 13 depositions, scheduled to take place before the close of discovery on September 4, 2008, and will soon file a motion to dismiss or motion for summary judgment in response to a second complaint recently filed by the Kraft plaintiffs, *George, et al. v. Kraft Foods Global, Inc., et al*, (No. 08-CV-3799) (N.D. Ill.) (class action).

7. Ms. Borowski, another defendants' counsel, is preparing for several expert depositions, completing discovery by July 31, 2008 and preparing a motion for summary judgment in *Nelson v. Wachovia*, 07-3162 (D. Minn).

8. In addition, counsel has other professional responsibilities that require an extension.

9. Summer vacations also will interfere with analysis of and responding to the Complaint in this action before August 27, 2008.

10.　　Ms. Borowski conferred with plaintiff's counsel, Matthew Armstrong, on July 14, 2008, regarding this motion for an extension, and Mr. Armstrong indicated plaintiffs did not oppose the requested extension.

11.　　Defendants have not previously requested an extension of time.

12.　　This motion is made in good faith and is not filed for the purpose of causing delay.

WHEREFORE, defendants respectfully request that the Court grant them an extension of time until August 27, 2008 to respond to the Complaint.

| **Date:** July 16, 2008 | Respectfully submitted,<br><br>ACCENTURE UNITED STATES PENSION PLAN and ACCENTURE LLP<br><br>By: _____s/ Barbara H. Borowski_____<br>　　　　　One of its attorneys |
|---|---|
|  |  |

Mark Casciari
mcasciari@seyfarth.com
Ian H. Morrison
imorrison@seyfarth.com
Barbara H. Borowski
bborowski@seyfarth.com
Seyfarth Shaw, LLP
131 S. Dearborn, Suite 2400
Chicago, IL 60603
Phone: 312/460-5000
Facsimile: 312/460-7000

## CERTIFICATE OF SERVICE

I, Barbara H. Borowski, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing unopposed motion for an extension of time to respond to the Complaint to be served upon the following counsel through the Court's electronic notification system, on this 16th day of July, 2008:

> **Matthew H. Armstrong**
> **Jerome J. Schlichter**
> **Roger C. Denton**
> Schlichter Bogard & Denton LLP
> 100 South Fourth Street
> Suite 900
> St. Louis, MO 63102
> 314-621-6115
> marmstrong@uselaws.com

s/ Barbara H. Borowski

CH1 11519735.2