IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OMAR HAKIM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACCENTURE UNITED STATES )<br>PENSION PLAN, )<br>)<br>and )<br>)<br>ACCENTURE LLP, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 08-CV-3682<br><br>JUDGE ROBERT M. DOW, JR. |

### NOTICE OF MOTION

TO:  **Matthew H. Armstrong**
     **Jerome J. Schlichter**
     **Roger C. Denton**
     Schlichter Bogard & Denton LLP
     100 South Fourth Street
     Suite 900
     St. Louis, MO 63102
     314-621-6115
     marmstrong@uselaws.com

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Dow or any other judge sitting in his stead, in Room 1919 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60603, and shall then and there present DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT, a copy of which is attached.

**DATED: July 16, 2008**

Respectfully submitted,

ACCENTURE UNITED STATES PENSION PLAN and ACCENTURE LLP

By  s/ Barbara H. Borowski
One of Its Attorneys

Mark Casciari
mcasciari@seyfarth.com
Ian H. Morrison
imorrison@seyfarth.com
Barbara H. Borowski
bborowski@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

### CERTIFICATE OF SERVICE

I, Barbara H. Borowski, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing Defendants' Notice of Motion to be served upon the following via the Court's electronic notification system on this 16th day of July, 2008:

**Matthew H. Armstrong**
**Jerome J. Schlichter**
**Roger C. Denton**
Schlichter Bogard & Denton LLP
100 South Fourth Street
Suite 900
St. Louis, MO 63102
314-621-6115
marmstrong@uselaws.com

s/ Barbara H. Borowski