**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Omar Hakim
                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−03682
                                                       Honorable Robert M. Dow Jr.

Accenture United States Pension Plan, et al.
                                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendants' unopposed motion for extension of time to respond to complaint [9] is granted to and including 8/27/08. Notice of motion date of 7/22/08 is stricken and no appearance is necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.