IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OMAR HAKIM, </br></br>       Plaintiff, </br></br>   v. </br></br> ACCENTURE UNITED STATES PENSION PLAN, </br></br> and </br></br> ACCENTURE LLP, </br></br>       Defendants. | Civil Action No. 08-CV-3682 </br></br> Judge Robert M. Dow, Jr. |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants, Accenture United States Pension Plan and Accenture LLP, by and through their attorneys Seyfarth Shaw LLP and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby state that Accenture LLP is an Illinois limited liability partnership with a total of two partners: Accenture Inc., a Delaware Corporation, and Accenture LLC, a Delaware limited liability company. Their ultimate parent is Accenture Ltd., a Bermuda publicly-traded holding company.

The defendant Accenture United States Pension Plan is not a corporation.

**DATED: July 18, 2008**

Respectfully submitted,

ACCENTURE UNITED STATES PENSION
PLAN and ACCENTURE LLP

By _____s/ Barbara H. Borowski_____
     One of Its Attorneys

Mark Casciari
mcasciari@seyfarth.com
Ian H. Morrison
imorrison@seyfarth.com
Barbara H. Borowski
bborowski@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000