IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OMAR HAKIM, | Civil Action No. 08-CV-3682 |
| Plaintiff, | Judge Robert M. Dow, Jr. |
| v. | Magistrate Judge Keyes |
| ACCENTURE UNITED STATES PENSION PLAN and ACCENTURE LLP, | |
| Defendants. | |

## MOTION TO VACATE THE EXPEDITED TREATMENT MINUTE ENTRY IN THIS PURPORTED ERISA CLASS ACTION

Defendants Accenture United States Pension Plan and Accenture LLP, by their attorneys Seyfarth Shaw LLP, move to vacate the Court's expedited treatment minute entry entered on July 17, 2008. Defendants further request that a Fed. R. Civ. P.16 conference be scheduled after the answer or other response to the class action complaint is filed on or about August 27, 2008. In support of their motion, defendants state as follows:

1. The complaint - filed on June 27, 2008 - consists of ninety (90) paragraphs and contains class allegations, and five separate claims for relief, allegedly arising under ERISA Section 204(h) (two claims), ERISA Section 102, ERISA Section 502(a)(1)(B), and ERISA Section 104 (docket no. 1). The complaint challenges the legitimacy of a ERISA pension plan amendment adopted on July 1, 1996, more than twelve (12) years ago. *See* Complaint ¶ 15.

2. Defendants retained counsel on July 9, 2008.

3. On July 15, 2008, defendants' counsel contacted plaintiff's counsel regarding an extension of time to file their answer or other response to the complaint. Plaintiff's counsel responded by stating that his client had no objection to the request (docket nos. 9 and 10).

4. On July 15, 2008, plaintiff served his first requests for production of documents consisting of seventeen (17) requests.

5. On July 17, 2008, the Court granted defendants' motion for an extension of time to respond to the complaint (docket no. 12).

6. On July 18, 2008, plaintiff served his first set of interrogatories containing twenty-two (22) interrogatories along with plaintiff's first requests for admissions consisting of twenty-four (24) requests.

7. Plaintiff's service of extensive discovery and class allegations, coupled with his non-objection to defendants' request for a thirty-seven (37) day extension of time within which to respond to the complaint, is an acknowledgment that the litigation of this action will be not be amenable to expedited treatment.

8. This action proposes class certification, which, according to Fed. R. Civ. P. 23(c) must occur as early as practicable. The expedited treatment minute entry does not address class certification. The entry also does not account for the fact that the complaint related to a plan amendment on July 1, 1996, which obviously presents significant discovery and timeliness issues. The entry also does not take into account that defendants may file a motion to dismiss in response to the complaint.

9.     Defendants propose that, after their answer or other response is filed, the Court issue a Fed. R. Civ. P. 16 scheduling order.

10.    Defendants believe that this request is reasonable given that the Court's standing order states that "[f]or most newly filed cases, the Court will schedule an initial status conference approximately 60 days after the filing of the complaint."

WHEREFORE, for these reasons, defendants request that the Court vacate the expedited treatment minute entry and issue a Fed. R. Civ. P. 16 scheduling order after defendants file their answer or other response to the complaint on or about August 27, 2008.

| **Date:** July 21, 2008 | Respectfully submitted, <br><br> ACCENTURE UNITED STATES PENSION PLAN and ACCENTURE LLP <br><br> By: _____s/ Barbara H. Borowski_____ <br>　　　　　　One of its attorneys |
|---|---|

Mark Casciari
mcasciari@seyfarth.com
Ian H. Morrison
imorrison@seyfarth.com
Barbara H. Borowski
bborowski@seyfarth.com
Seyfarth Shaw, LLP
131 S. Dearborn, Suite 2400
Chicago, IL 60603
Phone: 312/460-5000
Facsimile: 312/460-7000

## CERTIFICATE OF SERVICE

I, Barbara H. Borowski, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **Motion to Vacate the Expedited Treatment Minute Entry in this Purported ERISA Class Action** to be served upon the following counsel through the Court's electronic notification system, on this 21st day of July, 2008:

> **Matthew H. Armstrong**
> **Jerome J. Schlichter**
> **Roger C. Denton**
> Schlichter Bogard & Denton LLP
> 100 South Fourth Street
> Suite 900
> St. Louis, MO 63102
> 314-621-6115
> marmstrong@uselaws.com

s/ Barbara H. Borowski

CH1 11525548.2