# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Omar Hakim

                     Plaintiff,

v.                               Case No.: 1:08–cv–03682
                               Honorable Robert M. Dow Jr.

Accenture United States Pension Plan, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Defendants motion to vacate the expedite treatment minute entry [14] is granted. The minute order of 7/17/08 [11] and the status date of 9/11/08 are stricken. Initial status hearing is set for 9/4/08 at 9:00 am. Parties' joint status report is due by 9/2/08. Notice of motion date of 7/24/08 is stricken and no appearances are necessary on that date.(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.