# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 1:08-cv-03682 |

Omar Hakim, Plaintiff
v.
Accenture United States Pension Plan
and Accenture LLP, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Omar Hakim, Plaintiff

---

| NAME (Type or print) |  |
|---|---|
| Troy A. Doles | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Troy A. Doles | |
| **FIRM** | |
| Schlichter, Bogard & Denton LLP | |
| **STREET ADDRESS** | |
| 100 S. Fourth Street, Suite 900 | |
| **CITY/STATE/ZIP** | |
| St. Louis    MO    63102 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 06242803 | 314-621-6115 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |