IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OMAR HAKIM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACCENTURE UNITED STATES ) <br> PENSION PLAN and ACCENTURE LLP, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-CV-3682 <br><br> Judge Robert M. Dow, Jr. |

## MOTION TO DISMISS

Defendants, ACCENTURE UNITED STATES PENSION PLAN (the "Plan") and ACCENTURE LLP ("Accenture"), by their attorneys Seyfarth Shaw LLP, and pursuant to Fed. R. Civ. P. 12(b)(6), move to dismiss plaintiff's complaint with prejudice. In support of this motion, defendants state:

1. On June 27, 2008, plaintiff filed a five count complaint against defendants. All five counts purport to arise under ERISA and all five counts center around an alleged omission -- the failure to provide proper statutory notice of a 1996 Plan Amendment -- that occurred over a decade ago. The 1996 Plan Amendment reduced plaintiff's rate of benefit accrual, and plaintiff asserts that the alleged lack of notice renders the 1996 Plan Amendment invalid.

2. Counts I, II, III and IV are barred by a release of "any and all" claims signed by plaintiff on May 15, 2003.

3. Counts I, II, III and IV are barred by the applicable statute of limitations.

4. Count III does not state an ERISA claim upon which relief may be granted, as a matter of law.

5. Count V does not state an ERISA claim upon which relief may be granted, as a matter of law (and also is barred because there is no ERISA remedy and by the applicable statute of limitations).

6. This motion is supported by a contemporaneously filed memorandum of law, in accordance with the Local Rules of this Court.

WHEREFORE, defendants respectfully request that the Court dismiss the complaint with prejudice.

| **Date:** August 26, 2008 | Respectfully submitted,<br><br>ACCENTURE UNITED STATES PENSION PLAN and ACCENTURE LLP<br><br>By: ___s/ Mark Casciari___<br>      One of its attorneys |
|---|---|

Mark Casciari
mcasciari@seyfarth.com
Ian H. Morrison
imorrison@seyfarth.com
Barbara H. Borowski
bborowski@seyfarth.com
Seyfarth Shaw, LLP
131 S. Dearborn, Suite 2400
Chicago, IL  60603
Phone:  312/460-5000
Facsimile:  312/460-7000

## CERTIFICATE OF SERVICE

I, Barbara H. Borowski, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **MOTION TO DISMISS** to be served upon the following counsel through the Court's electronic notification system, on this 26th day of August, 2008:

**Matthew H. Armstrong**
**Jerome J. Schlichter**
**Roger C. Denton**
Schlichter Bogard & Denton LLP
100 South Fourth Street
Suite 900
St. Louis, MO 63102
314-621-6115
marmstrong@uselaws.com


s/   Barbara H. Borowski

CH1 11547288.1