IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OMAR HAKIM, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 08-CV-3682 |
| v. | ) JUDGE ROBERT M. DOW, JR. |
| ACCENTURE UNITED STATES PENSION PLAN, | ) |
| and | ) |
| ACCENTURE LLP, | ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, September 4, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Dow or any other judge sitting in his stead, in Room 1919 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60603, and shall then and there present **DEFENDANTS' MOTION TO DISMISS**, a copy of which is attached.

**DATED:** August 26, 2008

Respectfully submitted,

ACCENTURE UNITED STATES PENSION
PLAN and ACCENTURE LLP

By  s/ Barbara H. Borowski
One of Its Attorneys

Mark Casciari
mcasciari@seyfarth.com
Ian H. Morrison
imorrison@seyfarth.com
Barbara H. Borowski
bborowski@seyfarth.com
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000 / (312) 460-7000 (fax)

## CERTIFICATE OF SERVICE

I, Barbara H. Borowski, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing Defendants' Notice of Motion to be served upon the following via the Court's electronic notification system on this 26th day of August, 2008:

> **Matthew H. Armstrong**
> **Jerome J. Schlichter**
> **Roger C. Denton**
> Schlichter Bogard & Denton LLP
> 100 South Fourth Street
> Suite 900
> St. Louis, MO 63102
> 314-621-6115
> marmstrong@uselaws.com

s/ Barbara H. Borowski