UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Omar Hakim
                                                Plaintiff,

v.                                                  Case No.: 1:08−cv−03682
                                                       Honorable Robert M. Dow Jr.

Accenture United States Pension Plan, et al.
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 9/4/08.Defendants Motion to dismiss [21] is withdrawn without prejudice. Defendants Motion to stay [24] is taken under advisement. Defendants Motion for protective order [27] is granted. Defendants are given until 9/26/08 within which to file motion to dismiss; Plaintiff's response due 10/27/08; defendants reply due 11/10/08; ruling on motion to dismiss will be by mail. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.